**Nancy A. STARR, Plaintiff—Appellant,**

v.

**Philip SHUCET; Judith Williams Jagdmann, Attorney General of Virginia; Board of Supervisors of Washington County, Virginia; Joseph Meek; Helen Meek; Glade Investment Corporation; Joseph Meek Trust, Defendants—Appellees.**

No. 05–1901.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 18, 2006.

Decided: Jan. 27, 2006.

Nancy A. Starr, Appellant Pro Se.

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Nancy A. Starr appeals a district court order dismissing her complaint filed under the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. §§ 4601 to 4655 (2000) ("URA") for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Starr v. Shucet,* No. CA–05–26–1, 2005 WL 1657102 (W.D. Va., July 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*